**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**PECO FOODS, INC.**                                                              **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 1:20-CV-100-SA-DAS**

**MAINE PAPER &**
**FOOD SERVICE-TENNESSEE, INC.**                                    **DEFENDANT**

## <u>ORDER STAYING CASE</u>

The plaintiff has filed a suggestion of bankruptcy in this action notifying the court that

the defendant has filed for bankruptcy.  Because this action is subject to the bankruptcy court's

automatic stay, the court stays this action pending further order of this court.  The plaintiff shall

file a brief notice every ninety days advising this court of the status of the bankruptcy action.

**SO ORDERED** this the 15th day of July, 2020.


/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**